IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01951–KMT

RONALD TOZZIE, and
RITA TOZZIE,

    Plaintiffs,

v.

RAY L. HUGHES, P.C.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Renewed Motion to Withdraw" (#50, filed February 15, 2013). Being otherwise fully advised, it is hereby ORDERED that the Motion (#50) is GRANTED. Attorney Douglas A. Gradisar is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Gradisar from the electronic certificate of mailing.

Dated: February 27, 2013